8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 06 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCOS GONZALES, | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | CA No. B-96-127 |
| | ) | Crim. No. B-94-0095-01 |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |

### ORDER

Upon reviewing Petitioner's Memorandum of Law in Support of Title 28 U.S.C. § 2255 this court orders Petitioner to refile his memorandum in under ten (10) pages within twenty-five (25) days. Petitioner's memorandum is unduly verbose at the current eighty-three (83) pages.

SIGNED this 1st day of October, 1998 in Brownsville, Texas.

Filemon B. Vela
United States District Judge