9

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS GONZALEZ,<br>Petitioner | ) <br> ) <br> ) |
| vs. | ) CA No. B-96-127 <br> ) |
| UNITED STATES OF AMERICA<br>Respondent | ) Criminal No. 94-0095-01 <br> ) |

## ORDER

Before this court is Petitioner's Motion to Vacate under 28 U.S.C. §2255. Upon de

novo review of the entire file, this court finds that Petitioner failed to follow the order issued

by this court on October 6, 1998 requiring the Petitioner to refile his memorandum in under

ten (10) pages within twenty-five (25) days.

It is therefore **ORDERED** that this case is dismissed without prejudice.

ORDERED this 23rd day of February, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge